# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2024

## NO. 03-23-00248-CV

**Texas Department of Criminal Justice, Bryan Collier,
Bobby Lumpkin, and Kelly Strong, Appellants**

**v.**

**Anibal Canales and Ivan Cantu, Appellees**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
REVERSED AND RENDERED -- OPINION BY JUSTICE KELLY
CONCURRING AND DISSENTING OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order denying appellants' plea to the jurisdiction signed by the trial court on April 11, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's order denying appellants' plea to the jurisdiction and renders judgment dismissing the case for want of jurisdiction. Because appellees are indigent and unable to pay costs, no adjudication of costs is made.